ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
IrakliKarbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
19 North Second Street, Suite 205
San Jose, CA 95113
Telephone: (408) 295-0137
Facsimile: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RACHELLE RIDOLA,<br>          Plaintiff,<br>vs.<br>AJAY SHINGAL, et al.<br>          Defendants. | Case No. 17-cv-1626-NC<br><br>**STIPULATION WITH ORDER DISMISSING ACTION WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff RACHELLE RIDOLA ("Plaintiff") and Defendants AJAY SHINGAL, an individual, d/b/a WYNDHAM GARDEN SAN JOSE AIRPORT; SYMBIAN INTERNATIONAL, LLC, a California limited liability company (collectively, "Defendants"), acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice against Defendants with each side to bear her/its own attorneys' fees, costs, and litigation expenses. Pursuant to and in accordance with Section 7 of General Order 56, the parties FURTHER STIPULATE and request that the Court retain jurisdiction over enforcement of the

terms of the parties' SETTLEMENT AGREEMENT AND GENERAL RELEASE which terms are conditioned upon future remediation.

Respectfully Submitted,

Dated: May 3, 2018 /s/ Irakli Karbelashvili
Irakli Karbelashvili, Attorney for Plaintiff
RACHELLE RIDOLA

Dated: May 7, 2018 /s/ Christine H. Long
Christine H. Long, Attorney for Defendants
AJAY SHINGAL, an individual, d/b/a
WYNDHAM GARDEN SAN JOSE AIRPORT;
SYMBIAN INTERNATIONAL, LLC, a
California limited liability company

**Filer's Attestation**

I, Irakli Karbelashvili, attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

/s/ Irakli Karbelashvili
Irakli Karbelashvili

**ORDER**

Having reviewed the above stipulation and good cause having been shown, the Court hereby grants the parties' stipulation. This action is dismissed with prejudice against all defendants. The parties shall bear their own attorneys' fees, litigation expenses, and costs. The Court retains jurisdiction over enforcement of the terms of the SETTLEMENT AGREEMENT AND GENERAL RELEASE. The Court Clerk shall close the case file.

IT IS SO ORDERED

DATED: May 7, 2018



STIPULATION AND ORDER
Case No. 17-cv-1626-NC
3